

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-20-00345-CV
07-20-00346-CV
07-20-00347-CV
07-20-00348-CV

**IN THE ESTATE OF WILLIAM LOUIS SUROVIK, JR., DECEASED**

On Appeal from the 335th District Court
Burleson County, Texas
Trial Court No. 28,825, Honorable Carson Campbell, Presiding

March 9, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant Richard J. Surovik appeals from four trial court orders issued in the administration of the estate of William Louis Surovik, Jr., deceased.[1]  The clerk's record in each appeal was due January 8, 2021, but was not filed because Surovik failed to make payment arrangements for the record.  *See* TEX. R. APP. P. 35.3(a)(2).  By letter of January

---

[1] Originally appealed to the Tenth Court of Appeals, these appeals were transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

15, 2021, we directed Surovik to pay for the clerk's record in each appeal by January 25 or the appeals would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Surovik has not made payment arrangements for the clerk's records or filed a response explaining his omission.

Consequently, we dismiss the appeals for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam